IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02446-MSK-OES

LINDOE, INC., a Colorado corporation,

    Plaintiff,

v.

PINE RIVER BANK CORP., a Colorado corporation,
FIRST NATION BANK OF LAKE CITY & CREEDE,
a Colorado state depository corporation, and
JULIE L WILLIAMS, Acting Comptroller of the Currency of the United States,

    Defendants.
_____

## ORDER FOR DISMISSAL
_____

THIS MATTER is now before the Court on the Stipulated Motion for Dismissal With Prejudice filed by Plaintiff Lindoe, Inc. and Defendants Pine River Bank Corp., First National Bank of Lake City & Creede and Julie L. Williams, Acting Comptroller of the Currency of the United States (the "Parties") **(#29)** .  Having reviewed the stipulated motion, and otherwise being fully advised in the premises,

IT IS HEREBY ORDERED as follows:

All claims between the Parties are hereby dismissed with prejudice.  Each party shall

bear its own attorney fees and costs incurred in connection therewith.

DATED this 26th day of September, 2005.

BY THE COURT:

*(signature: Marcia S. Krieger)*

Marcia S. Krieger
United States District Judge